IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| **JEFFREY A. EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:03-CV-1784-JDT-WTL |
| | ) |
| **BISYS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER ON AGREED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY

This matter having come before the Court on the Agreed Motion to Extend Deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment and Defendant's Reply and the Court being duly advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiff shall be given an additional fifteen (15) days in which to respond to Defendant's Motion for Summary Judgment up to and including November 1, 2005, and Defendant's Reply Brief shall be due December 9, 2005, and all other proper relief.

Date: 10/13/2005

John Daniel Tinder, Judge
United States District Court

Distribution to:

Gregory A. Stowers
STOWERS & WEDDLE P.C.
One Virginia, Suite 400
Indianapolis, IN 46204

Robert H. Bernstein
Stephen Bird
REED SMITH LLP
One Riverfront Plaza
Newark, NJ 07102-5401