UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY A. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:03-cv-1784-JDT-WTL |
| ) | |
| BISYS, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court, having this day made its Entry,

It is now therefore **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Defendant, Bisys, Inc., and against the Plaintiff, Jeffrey A. Edwards. This action is dismissed with prejudice. Costs are assessed against the Plaintiff.

ALL OF WHICH IS ORDERED this 21st day of February 2006.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

Copies to:

Robert Harris Bernstein
Reed Smith LLP
rbernstein@reedsmith.com

Stephen Douglas Bird
Reed Smith LLP
sbird@reedsmith.com

Jeffrey S. McQuary
Brown Tompkins Lory
jmcquary@brown-tompkins-lory.com

David Williams Russell
Harrison & Moberly
drussell@h-mlaw.com

Gregory A. Stowers
Stowers Weddle & Henn PC
gstowers@swh-law.com